In the Matter of the Construction of the Will of MARY A. BOWERS, Deceased. STANLEY E. BOWERS, Respondent; LEO CRAINE et al., Appellants.

Argued April 15, 1947; decided May 15, 1947.

*Edward H. O'Connor, Jr.,* for appellants.
*David F. Lee, Jr.,* for respondent.

Appeal by trustee dismissed upon the ground that it does not appear that he is a party aggrieved (Civ. Prac. Act, § 557; *Matter of Chapal,* 278 N. Y. 495, 496) or that on this appeal he represents the interests of remaindermen. (*Matter of Thompson,* 279 N. Y. 131, 136–137.) Otherwise, order of Appellate Division affirmed, without costs.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.